UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| AARON WATSON, | ) | No. ED CV 14-00537-AB (AJW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JOHN McMAHON, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: August 21, 2015

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE